# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TYESHA ISOM,            )

           )

       Plaintiff,        )

           )

       v.                )        Civil Action No.  22-3558 (UNA)

           )

           )

KEN PAXTON *et al.*,       )

           )

       Defendants.      )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a complaint, ECF No. 1, and an application to proceed *in forma pauperis* (IFP), ECF No. 2.  A resident of Denton, Texas, Plaintiff has sued a mixed bag of defendants including Texas Attorney General Ken Paxton; U.S. Attorney General Merrick Garland; Haiti's Ambassador to the United States Bocchit Edmond; Mexico's former Secretary of Public Security Genaro Garcia Luna; NFL Commissioner Roger Goodell; and NFL Quarterbacks Dak Prescott and Deshaun Watson.  *See* Compl. Caption.  Plaintiff "want[s] the Haitian and U.S. Caribbean Basin Trade Partnership Act canceled."  Compl. at 8

Plaintiff's disjointed narrative comprising the complaint neither identifies the basis of jurisdiction nor alleges cogent facts.  Regardless, "federal courts are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]"  *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted).  So, this action will be dismissed by separate order.

 

_____/s/_____

AMY BERMAN JACKSON

Date: December 5, 2022                United States District Judge